UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Brittney Leigh Walton**,

Soc. Sec. No. xxx-xx-9500
Mailing Address: 384 E. Lake Ridge Road, Raeford, NC 28376-

Debtor.

Case No.: 25-80279

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 11/19/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Other non-FDIC creditors served:

Civic Federal Credit Union
Attn: Officer
3600 Wake Road
Raleigh, NC 27609-

and  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/19/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Afterpay<br>760 Market Street Fl 2 Phelan Bldg<br>San Francisco, CA 94102 | American Express<br>Post Office Box 297879<br>Fort Lauderdale, FL 33329-7879 | Anthony Walton<br>1550 Burgaw Hwy<br>Jacksonville, NC 28540 |
| Capital One Bank<br>Post Office Box 85015<br>Richmond, VA 23285-5075 | Civic Federal Credit Union<br>Attn: Officer<br>3600 Wake Forest Road<br>Raleigh, NC 27609 | Hoke County Tax Collector**<br>Post Office Box 217<br>Raeford, NC 28376-0217 |
| JCMC<br>120 Memorial Drive<br>Jacksonville, NC 28546-6328 | JPMCB - Card Services<br>301 N Walnut St<br>Floor 09<br>Wilmington, DE 19801-3935 | LabCorp (Laboratory Corporation)<br>Post Office Box 2100<br>Burlington, NC 27216-2100 |
| NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Novant Health<br>3333 Silas Creek Pkwy.<br>Winston Salem, NC 27103 | Southeast Anesthesiology Consultant<br>Post Office Box 120153<br>Grand Rapids, MI 49528-0103 |
| Wakefield & Associates<br>Post Office Box 10168<br>Knoxville, TN 37939 | Wilmington Health<br>1202 Medical Center Drive<br>Wilmington, NC 28401-7904 | Wilmington Pathology Assoc PA<br>Post Office Box 20169<br>Roanoke, VA 24018-0506 |